IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

JOSHUA A. YOUNG,

      Plaintiff,

v.                                                                                        Civ. Act. No. 2:19cv559

**CORPORAL ARTHUR MUNCY,**
**CAPTAIN RONNIE THOMPSON,**
**and BETSY JIVIDEN,** Commissioner of the
West Virginia Division of Corrections
and Rehabilitation,

      Defendants.

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

      NOW COMES the Plaintiff, Joshua A. Young, by counsel Lydia C. Milnes and the law firm of Mountain State Justice, Inc., and Defendants Arthur Muncy, by counsel John Fuller and the law firm of Baily & Wyant, PLLC, and Ronnie Thompson and Betsy Jividen, by counsel William Murray and the law firm of Anspach Meeks Ellenberger LLP, and jointly file this stipulation of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

                                                                       Respectfully Submitted:

/s/ Lydia C. Milnes
Lydia C. Milnes (WV Bar # 10598)
Mountain State Justice, Inc.
325 Willey Street
Morgantown, WV 26505
Phone: (304) 326-0188
Facsimile: (304) 326-0189
lydia@msjlaw.org
*Counsel for Plaintiff Joshua Young*

/s/ John P. Fuller
John P. Fuller (WV Bar #9116)
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
*Counsel for Defendant Arthur Muncy*



/s/ William E. Murray
William E. Murray (WV Bar #2693)
Anspach Meeks Ellenberger, LLP
Post Office Box 11866
Charleston, WV 25339
*Counsel for Defendants Ronnie Thompson and Betsy Jividen*