IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JOSHUA A. YOUNG,

        Plaintiff,

v.                                    CIVIL ACTION NO. 2:19-cv-00559

CORPORAL ARTHUR MUNCY, et al.,

        Defendants.

**DISMISSAL ORDER**

Before the Court is the parties' Stipulation of Dismissal Without Prejudice. (ECF No. 8.) In accordance with that stipulation, and pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court **DIRECTS** that this case be **DISMISSED WITHOUT PREJUDICE** and removed from the docket of the Court.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:       November 19, 2019

        THOMAS E. JOHNSTON, CHIEF JUDGE